■ In the Matter of CARMEN LARATONDA, Appellant, v LEWISTON-PORTER CENTRAL SCHOOL DISTRICT, Respondent. [893 NYS2d 798]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered December 12, 2008. The order denied the application of claimant for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.

■ KADIJA MOALIM, Appellant, v ELIZABETH C. HENEHAN, Respondent. [893 NYS2d 798]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered November 6, 2008 in a personal injury action. The order granted the motion of defendant for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.

■ KOREY P. KUSTES, Respondent, v NICOLE S. CUMMINGS et al., Defendants, and JOSEPH SHEEHAN, Jr., Appellant. [893 NYS2d 914]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered June 3, 2009 in a personal injury action. The order, insofar as appealed from, denied in part the motion of defendant Joseph Sheehan, Jr. for summary judgment.

Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties to the appeal on December 28, 2009, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.

■ In the Matter of MERCO, INC., Appellant, v NIAGARA FALLS WATER BOARD, Respondent. YARUSSI CONSTRUCTION, INC., Respondent. [893 NYS2d 915]—Appeal from a judgment (denominated order) of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered November 30, 2009 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition and vacated a temporary restraining order.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.